# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**KYLE EUGENE GORDON,** :
   Petitioner :
 :    No. 1:20-cv-2419
**v.** :
 :    (Judge Rambo)
**WARDEN OF** :
**FCI-SCHUYLKILL,** :
   Respondent :

## ORDER

**AND NOW**, on this 1st day of March 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                      s/ Sylvia H. Rambo
                      United States District Judge